440 A.2d 1259

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal Denied Feb. 23, 1982.

Submitted September 1, 1981. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Judgment of sentence affirmed.